UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY SCOTT VANCONANT,

Plaintiff,

v.

Case No. 2:25-CV-13244
HONORABLE DENISE PAGE HOOD

BRIAN S. PICKELL, et. al.,

Defendants.
_______________________________/

JUDGMENT

The above-entitled matter having come before the Court on a Prisoner Civil Rights Complaint and in accordance with the Memorandum Opinion and Order entered on August 31, 2026.

IT IS **ORDERED AND ADJUDGED** that:

(1) The Complaint is DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief could be granted.

(2) IT IS FURTHER CERTIFIED that any appeal would not be undertaken in good faith.

Dated at Detroit, Michigan, this 31st day of August, 2026.

KINIKIA ESSIX
CLERK OF THE COURT

BY: LaShawn R. Saulsberry
DEPUTY CLERK

APPROVED:

S/DENISE PAGE HOOD
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE